**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Div005 LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1868629** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **880 Airport Road** <br> **Winder, GA 30680** <br> Number, Street, City, State & ZIP Code <br><br> **Barrow** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **Div005 LLC**
_____  Case number (*if known*) _____
         Name

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**3312**_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Div005 LLC**                                  Case number (*if known*)
        Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **Div005 LLC**                                                          Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Div005 LLC**                                          Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2022**
              MM / DD / YYYY

**X** **/s/ Harold Lerner**                                     **Harold Lerner**
     Signature of authorized representative of debtor           Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Cameron M. McCord**                   Date   **November 23, 2022**
     Signature of attorney for debtor                    MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**        Email address   **info@joneswalden.com**

**143065 GA**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Div005 LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ahern Rentals 1363 Dean Forest Rd Savannah, GA 31405** | | | | | | **$59,640.89** |
| **Aluma Systems P.O. Box 91473 Chicago, IL 60693** | | | | | | **$47,613.73** |
| **Baladez Drywall LLC 475 Huntington Dr Alpharetta, GA 30004** | | | | | | **$184,976.00** |
| **Canam Steel Corporation 14 Harmich Road South South Plainfield, NJ 07080** | | | | | | **$169,266.66** |
| **Composite Construction Systems 5300 Transport Boulevard Columbus, GA 31907** | | | | | | **$513,735.00** |
| **General Welding Company, Inc. 8411 Old Marlboro Pike Ste 24 Upper Marlboro, MD 20772** | | | | | | **$189,485.70** |
| **Global Drywall Services LLC 1 Alhambra Plaza Suite PH Floor Miami, FL 33134** | | | | | | **$213,083.06** |

Debtor   **Div005 LLC**                                                    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **L&W Supply Corporation PO Box 281937 Atlanta, GA 30384** | | | | | | **$166,754.98** |
| **LIW Ironworks Inc. 611 Pennsylvania Ave SE #293 Washington, DC 20003** | | | | | | **$91,464.07** |
| **New Millennium Building System 4900 Hungerford Road Memphis, TN 38118** | | | | | | **$573,279.80** |
| **OEG Building Materials 6001 Bordentown Ave Sayreville, NJ 08872** | | | | | | **$335,191.81** |
| **Orlando Steel Framing Company 550 Aero Lane Suite 101 Sanford, FL 32771** | | | | | | **$146,772.03** |
| **PIC Construction INC 3625 MLK JR Ave SE Suite 3 Washington, DC 20032** | | | | | | **$290,586.75** |
| **Seth Jutan PO Box 627 Coraopolis, PA 15108** | | | | | | **$44,549.49** |
| **SK Contractors 1453 N US HWY STE D 29 Ormond Beach, FL 32174** | | | | | | **$115,765.20** |
| **Stars Transportation LLC 5743 Bridgeport Court Flowery Branch, GA 30542** | | | | | | **$64,489.45** |
| **Sunbelt Rentals PO Box 409211 Atlanta, GA 30384-9211** | | | | | | **$57,686.01** |

Debtor   **Div005 LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tallgrass Freight Co, LLC 6800 Hilltop Road 202 Shawnee, KS 66226** | | | | | | **$71,100.00** |
| **USC7 Inc 124 Hassell Road Quitman Quitman, GA 31643** | | | | | | **$68,006.10** |
| **Winder Property Partners** | | | | | | **$272,607.47** |

Ahern Rentals
1363 Dean Forest Rd
Savannah, GA 31405


Aluma Systems
P.O. Box 91473
Chicago, IL 60693


American Express
PO Box 1270
Newark, NJ 07101-1270


Atlantic Hardware Supply
P.O. Box 7
Waldorf, MD 20604


Baladez Drywall LLC
475 Huntington Dr
Alpharetta, GA 30004


Canam Steel Corporation
14 Harmich Road South
South Plainfield, NJ 07080


Commonwealth Steel
504 Pointe South Drive
Randleman, NC 27317


Complete Structural Consulting
9880 Westpoint Drive
Suite 100
Indianapolis, IN 46256


Composite Construction Systems
5300 Transport Boulevard
Columbus, GA 31907

General Welding Company, Inc.
8411 Old Marlboro Pike Ste 24
Upper Marlboro, MD 20772


Global Customs LLC
P.O. BOX 697
2053 CRESSMAN ROAD
Skippack, PA 19474


Global Drywall Services LLC
1 Alhambra Plaza
Suite PH Floor
Miami, FL 33134


Hilti Inc.
PO Box 70299
Philadelphia, PA 19176


IDES-Global
11250 Roger Bacon Dr.
Unite 19
Reston, VA 20190


Jacovitch Industrial Construct
819 North Main Street
Roxboro, NC 27573


Kwest Logistics LLC
c/o Phoenix Capital Group
P.O Box 1415
Des Moines, IA 50305


L&W Supply Corporation
PO Box 281937
Atlanta, GA 30384

Lightning Construction
14199 N Interstate Hwy 35
Apt 6101
Pflugerville, TX 78660


LIW Ironworks Inc.
611 Pennsylvania Ave SE
#293
Washington, DC 20003


Magna Steel Detailing Services
244 3rd Stage Police Layout KR
Srinivasan IPS Nagara
 Karnataka 570028, India


Mapes Architectural Canopies
7748 North 56th Street
Lincoln, NE 68514


National Search Group
17670 NW 78th Ave #103
Hialeah, FL 33015


New Millennium Building System
4900 Hungerford Road
Memphis, TN 38118


O'Donnell Metal Deck, LLC
6724 Binder Lane
Elkridge, MD 21075


OEG Building Materials
6001 Bordentown Ave
Sayreville, NJ 08872


Orlando Steel Framing Company
550 Aero Lane Suite 101
Sanford, FL 32771

OX Metal Worx LLC
4 Melvin Circle
Taylors, SC 29687


Panel Steel Inc
P.O. Box 1725
Loganville, GA 30052


PIC Construction INC
3625 MLK JR Ave SE
Suite 3
Washington, DC 20032


Posner Industries
PO Box 5778
Capitol Heights, MD 20791


ProcoreTechnologies, Inc.
6309 Carpinteria Ave
Carpinteria, CA 93013


RAMTOOL
2439 Mountain Industrial Blvd.
Tucker, GA 30084


Seth Jutan
PO Box 627
Coraopolis, PA 15108


Simpson Strong-Tie
PO Box 45687
San Francisco, CA 94145-0687


SK Contractors
1453 N US HWY
STE D 29
Ormond Beach, FL 32174

Stars Transportation LLC
5743 Bridgeport Court
Flowery Branch, GA 30542


Steel Mart, Inc.
 P.O. Box 2520
Tucker, GA 30085


Structural Bolt &Manufacturing
1004 Third Avenue South
Nashville, TN 37210


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Tallgrass Freight Co, LLC
6800 Hilltop Road 202
Shawnee, KS 66226


TEG Lease
107 Gass Drive
Greeneville, TN 37745


The Rigging Box, Inc.
8184 Newington Road
Lorton, VA 22079


Truist Bank
245 Peachtree Center Ave, NE
Atlanta, GA 30303


US Tesla Steel
30 N Gould St STE R
Sheridan, WY 82801

USC7 Inc
124 Hassell Road Quitman
Quitman, GA 31643


Willscot
901 South Bond St
Suite 600
Baltimore, MD 21231


Winder Property Partners


WIP

# United States Bankruptcy Court
## Northern District of Georgia

In re     **Div005 LLC**                                                    Case No. _____
                                         Debtor(s)        Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Div005 LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**WIP Corporate  Services, LLC**

☐ None [*Check if applicable*]

**November 23, 2022**                          **/s/ Cameron M. McCord**
Date                                          **Cameron M. McCord 143065**
                                              Signature of Attorney or Litigant
                                              Counsel for    **Div005 LLC**
                                              **Jones & Walden, LLC**
                                              **699 Piedmont Avenue NE**
                                              **Atlanta, GA 30308**
                                              **404-564-9300 Fax:404-564-9301**
                                              **info@joneswalden.com**