**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

IN RE:

DIV005 LLC,

   Debtor.

CHAPTER 11

CASE NO. 22-21202-jrs

**NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S**
**ATTORNEY, DEADLINE TO OBJECT AND FOR HEARING**

   Div005 LLC ("Debtor") filed an "Application for Approval of Employment of Debtor's Attorney" (the "Application") on November 29, 2022. Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at the Clerk, Federal Building, Room 120, 121 Spring Street, SE, Gainesville, GA 30501, and serve a copy on the movant's attorney, Cameron M. McCord, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

   A hearing on the pleading has been scheduled for the **5ᵗʰ day of January, 2023.** The Court will hold an initial telephonic hearing for announcements on the Application at the following number: **(toll-free number: 833-568-8864; meeting ID: 161 418 0533**, at 10:30 a.m. in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501.**

   Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

   **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

   This 29ᵗʰ day of November, 2022.

            **JONES & WALDEN LLC**

            /s/ *Cameron M. McCord*
            Cameron M. McCord
            Georgia Bar No. 143065
            699 Piedmont Ave. NE
            Atlanta, Georgia 30308
            (404) 564-9300
            cmccord@joneswalden.com
            *Proposed Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

IN RE:

DIV005 LLC,

      Debtor.

CHAPTER 11

CASE NO. 22-21202-jrs

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY**

COMES NOW Div005 LLC (hereinafter "Applicant") and respectfully applies for approval to employ attorneys pursuant to 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002. The grounds for this Application are:

1. On November 23, 2022, Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). Applicant continues to manage its affairs as a debtor-in-possession in accordance with Sections 1184 of the Bankruptcy Code.

2. Applicant wishes to employ the law firm of JONES & WALDEN LLC ("J&W") as counsel in this Chapter 11 case.

3. Attorneys of J&W are admitted to practice before this Court, are familiar with the Applicant's legal and operational problems, have knowledge and experience in bankruptcy practice, and are well qualified to represent Applicant.

4. During the Chapter 11 case, Applicant will require professional services from attorneys, including:

    (a)    Preparation of pleadings and applications;

    (b)    Conduct of examination;

    (c)    Advising Applicant of its rights, duties and obligations as a debtor-in-possession;

(d)   Consulting with Applicant and representing Applicant with respect to a Chapter 11 plan;

(e)   Performing those legal services incidental and necessary to the day-to-day operations of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business legal advice and assistance;

(f)   Taking any and all other action incident to the proper preservation and administration of Applicant's estate and business.

5.   Applicant desires to employ J&W at the firm's ordinary rates for comparable work, plus reasonable expenses, subject to review by the Court, during the pendency of this bankruptcy case.  The firm has stated present fee rates of $250.00 to $425.00 per hour for attorneys and $110.00 to $250.00 per hour for paralegals and law clerks.  Rates may be adjusted from time-to-time.

6.   Attached hereto and incorporated herein by reference is the Verified Statement of an attorney of J&W offered in support of this Application.

7.   Pursuant to Bankruptcy Rule 6003(a), Applicant shall not seek an order approving this application until 21 days after the Petition Date.

WHEREFORE, Applicant prays that it be authorized to employ JONES & WALDEN LLC as its attorneys in this Chapter 11 case.

Respectfully submitted this 29th day of November, 2022.

Div005 LLC

*/s/ Harold Lerner*
By: Harold Lerner, Authorized Representative

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

IN RE:

DIV005 LLC,

        Debtor.

CHAPTER 11

CASE NO. 22-21202-jrs

**DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION**
**FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY**

COMES NOW Cameron M. McCord, who states and declares:

1. I am a partner in the law firm of Jones & Walden LLC (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Declaration is offered in support of the Application of the Debtor in the above-styled case to employ the Firm as the Debtor's attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2. Neither I nor the Firm have or represent any interest adverse to the Debtor or the Debtor's estate and have no affiliation with any parties in interest except as set forth herein. The Firm has been retained by Metal Benders USA LLC which is a related entity. Metal Benders USA LLC also has a bankruptcy case currently pending in the Northern District of Georgia, Case No. 22-21201-jrs, and is filing an application to employ the Firm. Debtor is owned by WIP Corporate Services, LLC ("WIP"). WIP is owned 50% by Inland Holdings, LLC ("Inland") and 50% by Pompano Holdings, LLC ("Pompano"). Inland and Pompano also own Metal Benders USA LLC. Other than disclosed herein, the Firm has no connections with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys or accountants. The Firm is not a creditor of the Debtor.

3. The Firm has no partners, associates or other professional employees who are related to the United States Trustee, any person employed in the office of the United States Trustee for the

Northern District of Georgia, or with any of the Bankruptcy Judges sitting in the United States Bankruptcy Court for the Northern District of Georgia, provided that the Firm discloses that two of its attorneys (Leon S. Jones and Cameron M. McCord) serve in the "pool" of Subchapter V trustees from which the U.S. Trustee appoints Subchapter V trustees in Subchapter V Chapter 11 cases.

4.   Neither I nor the Firm have agreed to share any compensation or reimbursement under 11 U.S.C. § 503(b) with any other person except within the Firm. As of the Petition Date, the Firm holds a $27,664.50 retainer for purposes of this case and its representation of the Debtor herein in which the Firm holds a lien. The Firm will hold the retainer and will only disburse the retainer in accordance with Court order for payment of fees in accordance with 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code.

5.   I and other attorneys of the firm are duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts.  We have had substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts.

6.   To the best of the undersigned's knowledge, information and belief, employment of the Firm as attorneys for the Debtor would be appropriate under 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002.

Declared on November 29, 2022.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com
*Proposed Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

IN RE:

DIV005 LLC,

        Debtor.

CHAPTER 11

CASE NO. 22-21202-jrs

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Application for Approval of Employment of Debtor's Attorney, Deadline to Object and for Hearing* (the "Notice") and *Application for Approval of Employment of Debtor's Attorney* (the "Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **David S. Weidenbaum**   david.s.weidenbaum@usdoj.gov

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the Notice and Application to be served upon the parties listed on the attached mailing matrix via U.S. First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

This 29th day of November, 2022.

**JONES & WALDEN LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com
*Proposed Attorneys for Debtor*

Label Matrix for local noticing
113E-2
Case 22-21202-jrs
Northern District of Georgia
Gainesville
Tue Nov 29 15:05:16 EST 2022

Ahern Rentals
1363 Dean Forest Rd
Savannah, GA 31405-9307

Aluma Systems
P.O. Box 91473
Chicago, IL 60693-1473

American Express
PO Box 1270
Newark, NJ 07101-1270

Atlantic Hardware Supply
P.O. Box 7
Waldorf, MD 20604-0007

Baladez Drywall LLC
475 Huntington Dr
Alpharetta, GA 30004-3347

Canam Steel Corporation
14 Harmich Road South
South Plainfield, NJ 07080-4804

Commonwealth Steel
504 Pointe South Drive
Randleman, NC 27317-9503

Complete Structural Consulting
9880 Westpoint Drive
Suite 100
Indianapolis, IN 46256-3385

Composite Construction Systems
5300 Transport Boulevard
Columbus, GA 31907-1918

Div005 LLC
880 Airport Road
Winder, GA 30680-4162

General Welding Company, Inc.
8411 Old Marlboro Pike Ste 24
Upper Marlboro, MD 20772-2622

Global Customs LLC
P.O. BOX 697
2053 CRESSMAN ROAD
Skippack, PA 19474-0697

Global Drywall Services LLC
1 Alhambra Plaza
Suite PH Floor
Miami, FL 33134-5227

Hilti Inc.
PO Box 70299
Philadelphia, PA 19176-0299

IDES-Global
11250 Roger Bacon Dr.
Unite 19
Reston, VA 20190-5202

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Jacovitch Industrial Construct
819 North Main Street
Roxboro, NC 27573-4702

Kwest Logistics LLC
c/o Phoenix Capital Group
P.O Box 1415
Des Moines, IA 50305-1415

L&W Supply Corporation
PO Box 281937
Atlanta, GA 30384-1937

LIW Ironworks Inc.
611 Pennsylvania Ave SE
#293
Washington, DC 20003-4303

Lightning Construction
14199 N Interstate Hwy 35
Apt 6101
Pflugerville, TX 78660-6436

Magna Steel Detailing Services
244 3rd Stage Police Layout KR
Srinivasan IPS Nagara
Karnataka 570028, India

Mapes Architectural Canopies
7748 North 56th Street
Lincoln, NE 68514-9724

National Search Group
17670 NW 78th Ave #103
Hialeah, FL 33015-3665

New Millennium Building System
4900 Hungerford Road
Memphis, TN 38118-7007

O'Donnell Metal Deck, LLC
6724 Binder Lane
Elkridge, MD 21075-6247

OEG Building Materials
6001 Bordentown Ave
Sayreville, NJ 08872-2781

OX Metal Worx LLC
4 Melvin Circle
Taylors, SC 29687-2438

Orlando Steel Framing Company
550 Aero Lane Suite 101
Sanford, FL 32771-6342

PIC Construction INC
3625 MLK JR Ave SE
Suite 3
Washington, DC 20032-1509

Panel Steel Inc
P.O. Box 1725
Loganville, GA 30052-1725

Posner Industries
PO Box 5778
Capitol Heights, MD 20791-5778

ProcoreTechnologies, Inc.
6309 Carpinteria Ave
Carpinteria, CA 93013-2924

RAMTOOL
2439 Mountain Industrial Blvd.
Tucker, GA 30084-3811

SK Contractors
1453 N US HWY
STE D 29
Ormond Beach, FL 32174

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Seth Jutan
PO Box 627
Coraopolis, PA 15108-0627

Simpson Strong-Tie
PO Box 45687
San Francisco, CA 94145-0687

Stars Transportation LLC
5743 Bridgeport Court
Flowery Branch, GA 30542-6312

Steel Mart, Inc.
P.O. Box 2520
Tucker, GA 30085-2520

Structural Bolt &Manufacturing
1004 Third Avenue South
Nashville, TN 37210-2639

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TEG Lease
107 Gass Drive
Greeneville, TN 37745-4291

Tallgrass Freight Co, LLC
6800 Hilltop Road 202
Shawnee, KS 66226-3571

The Rigging Box, Inc.
8184 Newington Road
Lorton, VA 22079-1130

Truist Bank
245 Peachtree Center Ave, NE
Atlanta, GA 30303-1222

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

US Tesla Steel
30 N Gould St STE R
Sheridan, WY 82801-6317

USC7 Inc
124 Hassell Road Quitman
Quitman, GA 31643-6075

Willscot
901 South Bond St
Suite 600
Baltimore, MD 21231-3348